**Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00463-CV

_____

### MICHAEL A. POWELL, Appellant

### V.

### JENNY HODGKINS, EXECUTIVE DIRECTOR, STATE BAR OF TEXAS; AND SHARON WILSON, Appellees

**On Appeal from the 455th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-21-001728**

## MEMORANDUM OPINION

This is an attempted appeal from an order of dismissal. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, appellant Michael A. Powell has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103.

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101

unless the litigant obtains an order from the local administrative judge permitting the filing or the appeal is from a pre-filing order entered under section 11.101 designating the person a vexatious litigant. *Id.* § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

Our record contains no indication appellant obtained permission to file this appeal. On August 9, 2022, we notified appellant that the appeal would be subject to dismissal without further notice unless appellant filed a copy of the order from the local administrative judge permitting the filing of this appeal. *See id.* § 11.103(a). Appellant did not file a copy of the order from the local administrative judge permitting the filing of this appeal. Because appellant has not provided sufficient proof that he obtained permission to file this appeal from the local administrative judge, we must dismiss this appeal.

The appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.